

# NUMBER 13-22-00067-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE SUSANA KARINA CANO

## On Petition for Writ of Mandamus.

# ORDER

### Before Chief Justice Contreras and Justices Benavides and Longoria
### Order Per Curiam

Relator Susana Karina Cano filed a petition for writ of mandamus seeking to compel the trial court to vacate its order of December 31, 2021, which concerns, inter alia, the validity and enforceability of a prenuptial agreement. Cano further filed a motion to stay the underlying trial court proceedings pending resolution of this petition for writ of mandamus.

The Court, having examined and fully considered the motion to stay the underlying proceedings, is of the opinion that it should be granted. Accordingly, we grant the motion

to stay, and we order all trial court proceedings to be stayed pending further order of this Court, or until this case is finally decided. *See* TEX. R. APP. P. 52.10(b).

The Court requests that the real party in interest, Jorge Barajas, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
17th day of February, 2022.